AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**E-filing**

| | |
|---|---|
| DAVID HILARY | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| GENERAL ELECTRIC COMPANY; see attachment | ) |
| Defendant | ) |

CV 08

PVT

### Summons in a Civil Action

To: General Electric Company
    *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard L. Kellner
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 21 2008

Richard W. Wieking
Name of clerk of court

MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHMENT

GE HEALTHCARE, INC.; GE HEALTHCARE AS; BAYER HEALTHCARE PHARMACEUTICALS, INC. f/k/a/ BERLEX, INC. f/k/a BERLEX LABORATORIES, INC.; BAYER SCHERING PHARMA AG; BAYER AG; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS INC; BRACCO RESEARCH USA, INC.; ALTANA PHARMA AG; and NYCOMED INTERNATIONAL MANAGEMENT GmbH,