

**DLA PIPER**

DLA Piper US LLP
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309-3450
www.dlapiper.com

Ann M. Byrd
ann.byrd@dlapiper.com
T  404.736.7806
F  404.682.7800

May 23, 2008

*VIA OVERNIGHT DELIVERY*

Jeffery N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E.
Room G-255
Washington, D.C. 20002

Re:   MDL-1909: In re Gadolinium Based Contrast Agents Products Liability Litigation

Dear Mr. Lüthi:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants General Electric Company and GE Healthcare Inc., by their attorneys, provide notice to the Panel of six (6) potential tag-along actions to MDL-1909 listed on the attached Schedule A.

Also enclosed are copies of the complaints, where available. Please contact me if you have any questions.

Sincerely,

DLA Piper US LLP

Ann M. Byrd

Ann M. Byrd

Enclosures

cc:   MDL-1909 Panel Attorney Service List (attached) (via U.S. Mail, letter only)
      Counsel of Record/U.S. District Courts (service list attached) (via U.S. Mail, letter only)

## Exhibit A – Schedule of Actions

| | Date Filed/ Removed | Case | Court and Division | Civil Action No. | Judge (if known) |
|---|---|---|---|---|---|
| 1. | May 19, 2008 | *Randall Boykins and Vickie Boykins v. General Electric Company, GE Healthcare AS, and GE Healthcare Inc.* | M.D. Fla. Orlando Division | 6:08-cv-00795-JA | Hon. John Antoon II |
| 2. | May 20, 2008 | *Vickie Jo Karnos v. General Electric Company, GE Healthcare Inc., GE Healthcare, GE Healthcare AS, Bayer Healthcare Pharmaceuticals, Inc., Bayer AG, Bayer Schering Pharma AG, Mallinckrodt, Inc., Bracco Diagnostics Inc., Bracco Research USA, Inc., Altana Pharma AG, and Nycomed International Management GmbH* | E.D. Cal. Sacramento Division | 2:08-at-00544 | |
| 3. | May 20, 2008 | *Margaret Lee vs. General Electric Company, GE Healthcare AS, and GE Healthcare Inc.* | E.D. Cal. Sacramento Division | 2:08-at-00543 | |
| 4. | May 20, 2008 | *Roger Saufley v. General Electric Company, GE Healthcare Inc., GE Healthcare AS, Bayer Healthcare Pharmaceuticals, Inc. f/k/a Berlex, Inc. f/k/a Berlex Laboratories, Inc., Bayer Schering Pharma AG, Bayer AG, Mallinckrodt, Inc., Bracco Diagnostics Inc, Bracco Research USA, Inc., Altana Pharma AG, and Nycomed International Management GmbH* | D. Ariz. Tucson Division | 4:08-cv-00314-CKJ | Hon. Cindy K. Jorgenson |
| 5. | May 21, 2008 | *Frances Anderson v. General Electric Company, GE Healthcare Inc., GE Healthcare AS, Bayer Healthcare Pharmaceuticals Inc., Bayer Schering Pharma AG, Bayer AG, Mallinckrodt Inc., Bracco Diagnostics Inc., Bracco Research USA Inc., Altana Pharma AG, and Nycomed International Management GmbH* | S.D. Ill. East St. Louis Division | 3:08-cv-00368-DRH | Hon. David R Herndon |

## Exhibit A – Schedule of Actions

| 6. | May 21, 2008 | David Hilary v. General Electric Company, GE Healthcare Inc., GE Healthcare AS, Bayer Healthcare Pharmaceuticals, Inc. f/k/a Berlex, Inc. f/k/a Berlex Laboratories, Inc., Bayer Schering Pharma AG, Bayer AG, Mallinckrodt, Inc., Bracco Diagnostics Inc., Bracco Research USA, Inc., Altana Pharma AG, and Nyvomed International Management GmbH | N.D. Cal. San Jose Division | 5:08-cv-02562 PVT | |

Docket: 1909 - IN RE: Gadolinium Contrast Dyes Products Liability Litigation
Status: Transferred on 02/27/2008
Transferee District: OHN    Judge: Polster, Dan A.

Printed on 03/14/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Abaray, Janet G.<br>BURG SIMPSON ELDREDGE HERSH & JARDINE PC<br>312 Walnut Street<br>Suite 2090<br>Cincinnati, OH 45202 | => Phone: (513) 852-5600  Fax: (513) 852-5611  Email: jabaray@burgsimpson.com<br>Frazier, Margaret E.*; Frazier, Paul W.* |
| Bohrer, Philip<br>BOHRER LAW FIRM LLC<br>8712 Jefferson Highway<br>Suite B<br>Baton Rouge, LA 70809 | => Phone: (225) 925-5297  Fax: (225) 231-7000  Email: phil@bohrerlaw.com<br>Clark, William*; Thomas, Roland* |
| Booth, Roger E.<br>BOOTH & KOSKOFF<br>18411 Crenshaw Blvd.<br>Suite 380<br>P.O. Box 6430<br>Torrance, CA 90504-0430 | => Phone: (310) 515-1361  Email: rbooth@boothkoskoff.com<br>Mitchell, Cynthia Kay |
| Brodhead, Peter J.<br>SPANGENBERG SHIBLEY & LIBER LLP<br>1900 East Ninth Street<br>Suite 2400<br>Cleveland, OH 44114 | => Phone: (216) 696-3232  Fax: (216) 696-3924  Email: pjb@spanglaw.com<br>Corkern, III, Ronald E.*; Deason, Jeanetta*; Dennis, Gwendolyn*; Hall (Exa./Est-Gregory Lee), Carolyn*; Rockwell (Adm./Est.-Trevor A. Drake), Beverly*; Voelkner, Lance A.*; Walker, John G.*; Walker, Marilyn D. |
| Burg, Peter W.<br>BURG SIMPSON ELDREDGE HERSH & JARDINE PC<br>40 Inverness Drive East<br>Englewood, CO 80112 | => Phone: (303) 792-5595  Fax: (303) 708-0527  Email: pburg@burgsimpson.com<br>Carolus (Spouse-Greta), Jim*; Carolus, Greta*; Hagwood, Alisha A.*; Murray, Linda S.*; Murray, Robert W.*; Snyder, Danielle Marie*; Spencer (By & Through his mother & natural guardian-Alisha A. Hagwood), Christian* |
| Hill, Barry M.<br>HILL WILLIAMS PLLC<br>89 Twelfth Street<br>Wheeling, WV 26003 | => Phone: (304) 233-4966  Fax: (304) 233-4969  Email: bhill@hwlaw.us<br>Babione, James*; Healey, Jerry*; Hensley, Lynne*; Lee, Donna*; Phillips, Kerry Kurt*; Phillips, Linda D.*; Rodriguez, Alma Patricia*; Rodriguez, Ray* |
| Hollis, Lee J.<br>HOLLIS LAW FIRM PA<br>5100 West 95th Street<br>Prairie Village, KS 66207 | => Phone: (913) 385-5400  Fax: (913) 385-5402  Email: leehollis@hollislawfirm.com<br>Davis (Ind./Exe./Est.-Rupert L.), Mary*; Showalter, Abraham*; Showalter, Mary Ann* |
| Jowers, Jr, Gerald D.<br>JANET JENNER & SUGGS LLC<br>500 Taylor Street<br>Suite 301<br>Columbia, SC 29201 | => Phone: (803) 726-0050  Fax: (803) 737-1057  Email: Gjowers@medlawlegalteam.com<br>White, Anna* |
| Moeller, Deborah A.<br>SHOOK HARDY & BACON LLP | => Phone: (816) 474-6550  Fax: (816) 421-5547  Email: dmoeller@shb.com<br>Covidien, Ltd*; Mallinckrodt, Inc.*#; Tyco Healthcare*; Tyco Healthcare Group LP*#; Tyco |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 2555 Grand Boulevard<br>Kansas City, MO 64108-2613 | Healthcare, Ltd.*; Tyco Holdings, Ltd.*; Tyco International, Ltd.* |
| Perrin, K. Doug<br>PERRIN LAW FIRM PC<br>1401 Elm Street<br>Suite 1965<br>Dallas, TX 75202 | => Phone: (214) 646-2004  Fax: (214) 646-6117  Email: dougperrin@perrinlaw.org<br>Massie (Ind./Rep./Est.-Neal), Lloyd*; Massie (Ind./Rep./Est.-Neal), Pamela* |
| Piccone, Marsha M.<br>WHEELER TRIGG KENNEDY LLP<br>1801 California Street<br>Suite 3600<br>Denver, CO 80202 | => Phone: (303) 292-2525  Fax: (303) 294-1879  Email: piccone@wtklaw.com<br>Novation, L.L.C.* |
| Preuss, Charles F.<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street<br>20th Floor<br>San Francisco, CA 94105 | => Phone: (415) 591-7500  Fax: (415) 591-7510  Email: charles.preuss@dbr.com<br>Berlex Labs, Inc. |
| Schering Healthcare, Ltd.,<br>400 Morgan Lane<br>West Haven, CT 06516-4175 | =><br>Schering Healthcare, Ltd. |
| Schulman, Amy W.<br>DLA PIPER US LLP<br>1251 Avenues of the Americas<br>27th Floor<br>New York, NY 10020-1104 | => Phone: (212) 335-4500  Fax: (212) 335-4501  Email: amy.schulman@dlapiper.com<br>GE Healthcare Bio-Sciences Corp.*#; GE Healthcare, Inc.*; General Electric Co.* |
| Sharko, Susan M.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | => Phone: (973) 549-7330  Fax: (973) 360-9831  Email: susan.sharko@dbr.com<br>Bayer Corp.*#; Bayer Healthcare Pharmaceuticals, Inc.*#; Bayer Healthcare, LLC* |
| Sterchi, Thomas N.<br>BAKER STERCHI COWDEN & RICE LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108-2533 | => Phone: (816) 471-2121  Fax: (816) 472-0288  Email: sterchi@bscr-law.com<br>Bracco Diagnostics, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

## SERVICE LIST (Potential Tag-Along Actions)

### CLERKS OF COURT:

Clerk, Middle District of Arizona (Tucson)
U.S. District Court Clerk's Office
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, Suite 1500
Tucson, Arizona 85701-5010

Clerk, Eastern District of California (Sacramento)
U.S. District Court Clerk's Office
United States Courthouse
501 I Street, 4th Floor
Sacramento, California 95814

Clerk, Northern District of California (San Jose)
U.S. District Court Clerk's Office
280 South First Street, Room 2112
San Jose, California 95113

Clerk, Middle District of Florida (Orlando)
U.S. District Court Clerk's Office
U.S. Courthouse
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801-0120

Clerk, Southern District of Illinois (East St. Louis)
U.S. District Court Clerk's Office
750 Missouri Avenue
East St. Louis, Illinois 62201

### PLAINTIFFS' COUNSEL:

Peter W. Burg
Burg Simpson Eldridge Hersh & Jardine, PC
40 Inverness Drive East
Englewood, Colorado 80112
*Counsel for Plaintiffs Randall Boykins and Vickie Boykins; David Hilary; Roger Saufley*

W. Todd Harvey
Camille L. Edwards
Burke, Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205
*Counsel for Plaintiffs Randall Boykins and Vickie Boykins*

Brian S. Kabateck
Richard L. Kellner
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, California 90017
*Counsel for Plaintiffs David Hilary; Vickie Jo Karnos; Margaret Lee*

K. Lea Morris Turtle
Troy A. Rafferty
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor PA
316 South Baylen Street
Pensacola, Florida 32502-5996
*Counsel for Plaintiffs Randall Boykins and Vickie Boykins*

Perry L. Goorman
Law Office of Perry L. Goorman
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016-4245
*Counsel for Plaintiff Roger Saufley*

Kristine K. Kraft
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
*Counsel for Plaintiff Frances Anderson*