# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

June 26, 2008

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

FILED
JUL 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re: MDL No. 1909-- IN RE: Gadolinium Contrast Dyes Products Liability Litigation

(See Attached CTO-10)

Dear Ms. Smith:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 10, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Dana L. Stewart
Dana L. Stewart
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Dan A. Polster
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JPML Form 36

Inasmuch as no objections are pending at this time, the stay is lifted.

JUN 26 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 10 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-10)

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 536 F.Supp.2d 1380 (J.P.M.L. 2008). Since that time, 81 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARIZONA** | |
| AZ  4  08-314 | Roger L. Saufley v. General Electric Co., et al. |
| **CALIFORNIA EASTERN** | |
| CAE  2  08-1115 | Margaret Lee v. General Electric Co., et al. |
| CAE  2  08-1121 | Vickie Jo Karnos v. General Electric Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  5  08-2562 | David Hilary v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | |
| FLM  6  08-795 | Randall Boykins, et al. v. General Electric Co., et al. |
| **GEORGIA NORTHERN** | |
| GAN  2  08-97 | Dorothy Galloway v. General Electric Co., et al. |
| GAN  4  08-87 | Nicholas Brandon Lewis v. General Electric Co., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  08-368 | Frances Anderson v. General Electric Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS  1  08-4786 | Tommy Smith, et al. v. General Electric Co., et al. |
| NYS  1  08-4787 | Alesia Barnes v. General Electric Co., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  08-715 | Barbara Martz, etc. v. General Electric Co., et al. |
| **TEXAS EASTERN** | |
| TXE  1  08-303 | Sophia Perkins v. General Electric Co., et al. |

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

## INVOLVED COUNSEL LIST (CTO-10)

Thomas R. Anapol
ANAPOL SCHWARTZ WEISS ET AL
1710 Spruce Street
Philadelphia, PA 19103

Peter J. Brodhead
SPANGENBERG SHIBLEY & LIBER LLP
1900 East Ninth Street
Suite 2400
Cleveland, OH 44114

Perry Lee Goorman
LAW OFFICE OF PERRY L GOORMAN
2415 E Camelback Road
Suite 700
Phoenix, AZ 85016-4245

Richard L. Kellner
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017

Christopher T. Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

Kristine K. Kraft
SCHLICHTER BOGARD & DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102

Scott D. Levensten
LEVENSTEN LAW FIRM PC
1325 Spruce Street
Philadelphia, PA 19107

David Francis Miceli
SIMMONSCOOPER LLC
119 Maple Street, Suite 201
Carrollton, GA 30117

Deborah A. Moeller
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

John M. Restaino, Jr.
BURG SIMPSON ELDREDGE HERSH
& JARDINE PC
40 Iverness Drive East
Englewood, CO 80112-2866

Amy W. Schulman
DLA PIPER US LLP
1251 Avenues of the Americas
27th Floor
New York, NY 10020-1104

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Thomas N. Sterchi
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

K. Lea Morris Turtle
LEVIN PAPANTONIO THOMAS ET AL
316 S. Baylen Street
Suite 600
Pensacola, FL 32502-5996

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

## INVOLVED JUDGES LIST (CTO-10)

Hon. Cindy K. Jorgenson
U.S. District Judge
5180 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5052

Hon. John A. Mendez
U.S. District Judge
United States District Court
14-220 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Patricia V. Trumbull
U.S. Magistrate Judge
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Hon. John Antoon, II
U.S. District Judge
1200 U.S. Courthouse
401 West Central Boulevard, Suite 6650
Orlando, FL 32801

Hon. William C. O'Kelley
Senior U.S. District Judge
1942 Richard B. Russell Federal Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Hon. Harold L. Murphy
U.S. District Judge
311 U.S. Courthouse
600 East First Street
Rome, GA 30161

Hon. David R. Herndon
Chief Judge, U.S. District Court
104 Melvin Price Federal Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Richard M. Berman
U.S. District Judge
650 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Barbara S. Jones
U.S. District Judge
620 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1581

Hon. Alan N. Bloch
Senior U.S. District Judge
8370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77704-1470

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION

MDL No. 1909

## INVOLVED CLERKS LIST (CTO-10)

Richard H. Weare, Clerk
1500 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

James N. Hatten, Clerk
U.S. District Court
201 Federal Building
121 Spring Street, N.E.
Gainesville, GA 30501

James N. Hatten, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701