**FILED**

2008 JUL 16  P 3: 30

Richard W. Wieking
Clerk

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**FILED**

2008 JUL -7  PM 3: 12

General Court Number
408.535.5364

July 2, 2008

Geri M. Smith, Clerk
United States District Court
2-151 Carl B. Stokes, U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

RE: CV 08-02562 PVT  DAVID HILARY-v-GENERAL ELECTRIC CO.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    X    Certified copy of docket entries.

    X    Certified copy of Transferral Order.

    X    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

                        Sincerely,
                        RICHARD W. WIEKING, Clerk


                        by: Betty Walton
                        Case Systems Administrator